# Exhibit A

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Jane Nelson
Secretary of State

Phone: 512-463-1662
Dial 7-1-1 For Relay Services
www.sos.texas.gov

RECEIVED
OCT 2 2 2024
Draper Mail Room
SYF

October 17, 2024

Synchrony Bank
170 W. Election Road, Suite 125
Draper, UT 84020

2025-370643-1

**Include reference number
in all correspondence**

RE: Erin McCain vs Synchrony Bank
Justice Court Harris County, Texas Precinct 1, Place 2
Cause No. 241200378263

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt requested, a copy of the process received by the Secretary of State of the State of Texas on October 4, 2024.

CERTIFIED MAIL #71901046470101776553

Refer inquiries to:

Erin McCain
9002 Newburgh Drive
Houston, TX 77095

Sincerely,

Service of Process
Government Filings
GF/mb
Enclosure

Citation - Small Claims Money Damages                    Tracking Number: B0345528

## Case Number: 241200378263

| | | |
|---|---|---|
| Erin McCain<br>Plaintiff<br>vs.<br>SYNCHRONY BANK<br>Defendant | § § § § § § | In the Justice Court<br>Harris County, Texas<br>Precinct 1, Place 2<br>1302 Preston<br>Houston, Texas 77002<br>713-274-0600<br>www.jp.hctx.net |

RECEIVED OCT 2 2 2024 Draper Mail Room SYF

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

SYNCHRONY BANK
By serving: Texas Secretary of State
1019 Brazos Street Room 105
Austin, TX 78701

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 10/01/2024

Nature of demand made by Plaintiff(s): money owed in the amount of $20,000.00.  A copy of the petition is attached.

**Notice**
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 10/3/2024



/s/ Aurora Rivera
Clerk of the Court
Harris County Justice Court
Precinct 1, Place 2

Address of Plaintiff
9002 Newburgh Drive
Houston TX 77095

Address of Plaintiff's Attorney

SEC OF STATE-RECEIVED
OCT 4 '24 PM 3:15

JUDDW

JUSTICE OF THE PEACE
HARRIS COUNTY, TEXA
10/1/2024 2:47 F
AR

CAUSE NO. 241200378263

| | | |
|---|---|---|
| ERIN MCCAIN, | § | IN THE JUSTICE COURT |
| *Plaintiff* | § | Precinct No. 1 Place No. 2 |
| | § | |
| vs. | § | |
| | § | |
| SYNCHRONY BANK, | § | IN AND FOR |
| *Defendant* | § | HARRIS COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

COMES NOW ERIN MCCAIN, Plaintiff *in pro per* in the above-styled and numbered cause of action, and files this Original Petition herein complaining of Defendant SYNCHRONY BANK, and for good cause would respectfully show the Court as follows:

### Parties

Plaintiff ERIN MCCAIN is an individual residing in Harris County, Texas.

Upon information and belief, Defendant SYNCHRONY BANK is a federal savings bank conducting business in the State of Texas, which has failed to appoint or maintain a registered agent in Texas. Defendant's home office address is 170 W. Election Road, Suite 125, Draper, Utah 84020. Defendant can be served with civil process by serving the Texas Secretary of State as its agent, as provided by §5.251 of the Texas Business & Organizations Code, by causing a citation and copy of this petition to be served upon: **Texas Secretary of State, 1019 Brazos Street, Room 105, Austin, Texas 78701.**

### Relief Sought

Plaintiff seeks only monetary relief of $20,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees.

### Jurisdiction

The Court has jurisdiction over this lawsuit because Defendant is doing business in the State of Texas, and because Defendant was committed to perform a contract in whole or in part in the State of Texas. The Court has either general or specific jurisdiction because the Defendant has established sufficient minimum contacts with Texas such that this suit does not offend traditional notions of fair play and substantial justice.

### Venue

Venue is proper in this Court because Defendant's contract with Plaintiff was to be performed in Precinct 1 of Harris County, Texas, and/or because the underlying incidents or the majority of incidents giving rise to Plaintiff's claims transpired in Precinct 1 of Harris County, Texas.

### Conditions Precedent

Plaintiff avers generally that all conditions precedent to this action have been performed or have occurred.

### Consent to Electronic Service

Plaintiff consents to service by e-mail or by electronic filing manager, as permitted by Rule 501.4(a)(4) and (5) of the Texas Rules of Civil Procedure.

All parties should serve papers related to this case upon Plaintiff through e-file electronic filing manager, or by delivering them via e-mail, at the e-mail address listed beneath her signature herein.

2

**Statement of the Case**

In late October of 2023, Plaintiff disputed a transaction in the amount $140.71 which posted on October 17, 2023 to her Synchrony Bank "PayPal Credit" account. On November 15, 2023, Defendant suggested returning the purchased product, and provided a return shipping address. Relying on these representations received from the Defendant, Plaintiff returned the product to the said shipping address. The shipping carrier confirmed that the return shipment was delivered on December 1, 2023.

Plaintiff immediately forwarded details of the product return, including the carrier's tracking and delivery confirmation, to the Defendant and again requested credit on account for the $140.71 transaction. Defendant breached its contract with the Plaintiff when it mishandled Plaintiff's dispute, failed to apply a credit or adjustment to the account for the return, and failed to respond following Plaintiff's December 1st letter. Plaintiff sent Defendant a final demand letter on May 2, 2024, which was also ignored.

Plaintiff also notified the Defendant that billing on the account was erroneous because the $140.71 transaction had not been corrected. Defendant violated the law by failing to look into Plaintiff's dispute, identify and correct the error, and send a written response back to the Plaintiff. Defendant further violated the law by continuing to send erroneous account statements and attempting to collect the disputed $140.71.

Plaintiff will show that all of the aforementioned acts and omissions of the Defendant, taken together or singularly, constitute

3

the direct, proximate and/or producing causes of injury and damages sustained by the Plaintiff. Plaintiff seeks recovery of all available actual damages, economic, non-economic, statutory damages accrued through trial in this cause. Plaintiff seeks recovery of all attorney's fees and costs as authorized by rule or statute.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer in this cause, and that after trial and hearing the Court render judgment in Plaintiff's favor of for all monetary relief herein requested, including actual, compensatory, and statutory damages, prejudgment and post judgment interest, all attorney fees and costs, and all such further relief, general or special, at law and in equity, to which the Plaintiff may be justly entitled.

Respectfully Submitted,

*Erin McCain*

ERIN MCCAIN, *in pro per*
9002 NEWBURGH DRIVE
HOUSTON, TX  77095
(832) 674-7180
emccain1001@gmail.com

4

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



7190 1046 4701 0177 6553

**Return Receipt (Electronic)**

2025370643-1

Synchrony Bank
170 W. Election Road, Suite 125
Draper, UT 84020

CUT / FOLD HERE

**CERTIFIED MAIL**

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

7190 1046 4701 0177 6553

**Return Receipt (Electronic)**



quadient
FIRST-CLASS MAIL
IMI
$008.44
10/18/2024  ZIP 78701
043M32206387
US POSTAGE

RECEIVED
OCT 2 2 2024
Draper Mail Room
SYF

2025370643-1

Synchrony Bank
170 W. Election Road, Suite 125
Draper, UT 84020